**No. 43606.**—Protests 7329–K, etc., of Ding How, Inc. (New York).

Opinion by TILSON, J. The protests were submitted without evidence in support of the claims made. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 30, 1940

**No. 43607.**—Protests 900756–G, etc., of Kwong Yuen Co., Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the protests were sustained in part.

**No. 43608.**—Protest 13930–K/88909 of J. Thomas Co. (Chicago).

Opinion by BROWN, J. It was stipulated that the merchandise consists of flower holders in chief value of lead. The claim under paragraph 397 and T. D. 49753 was therefore sustained.

BEFORE THE SECOND DIVISION, APRIL 30, 1940

**No. 43609.**—Protests 964437–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise is similar to that the subject of Abstract 42749 the claim at 40 percent under paragraph 339 was sustained.

**No. 43610.**—Protests 20424–K, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the merchandise is similar to that the subject of Abstract 42749 the claim at 40 percent under paragraph 339 was sustained.

BEFORE THE THIRD DIVISION, APRIL 30, 1940

**No. 43611.**—Protests 718064–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.